


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-124 |
| | § | (Claim No.: C99-20527) |
| JOSE SANCHEZ, JR., | § | |
| | § | |

### CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Jose Sanchez, Jr.
380 South 14th Street
Raymondville, Texas 78580

Respectfully submitted,

By: _____
M H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038

**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on July __30__, 2001, to:

Jose Sanchez, Jr.
380 South 14th Street
Raymondville, Texas 78580

_____
M. H. Cersonsky

## ALONSO, CERSONSKY & GARCÍA, P.C.
ATTORNEYS AND COUNSELORS
GALLERIA FINANCIAL CENTER
5065 WESTHEIMER, SUITE 600
HOUSTON, TEXAS 77056
TELEPHONE: (713) 840-1492   FAX: (713) 840-0038

July 30, 2001

Jose Sanchez, Jr.
380 South 14th Street
Raymondville, Texas 78580

  Re: *United States of America v. Jose Sanchez, Jr.*
    C.A. No. B-01-124

Dear Jose Sanchez, Jr.:

  Enclosed please find the Court's Amended Order of Conference set for November 19, 2001 at 2:00 P.M.. Your attendance is required at the Conference.

  To ensure receipt of the letter and Amended Order of Conference judgment we are sending them via certified mail, return receipt requested, and regular first class mail.

  Should you wish to discuss paying this debt please call me or my father, Leonard Cersonsky. This letter is from a debt collector.

                Very truly yours,

                M. H. Cersonsky

MHC:lv
CM:RRR No. 7099 3220 0005 0519 5955
cc: Mr. Juan Barbosa
   Deputy Clerk-In-Charge
   United States District Court for the Southern
   District of Texas, Brownsville Division
   600 E. Harrison St., Room 101
   Brownsville, TX 78520-7114

UNITED STATES DISTRICT COURT                                    SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA                   §

   vs                                      §   CIVIL ACTION NO. B-01-124

*Jose Sanchez, Jr.*                        §

### ORDER SETTING CONFERENCE

United States District Court
Southern District of Texas
FILED

JUL 16 2001

Michael N. Milby
Clerk of Court

1. Counsel shall appear for an initial pretrial conference:

   *November 19, 2001 at 2pm*
   Courtroom No. 1, 2nd Floor
   U.S. Federal Building & Courthouse
   600 E. Harrison, #203
   Brownsville, Texas 78520

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* Rule 4(m).

4. At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. *See* Fed.R.Civ.P. Rule 26(f).

5. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file and remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY THE ORDER OF THE COURT