AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

B-01-CV-124

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8-1-01 |
| NAME OF SERVER (PRINT) Jose A. Mireles | TITLE Constable Pct. 2 |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Jose Sanchez Jr.
380 S. 14th Raymondville, TX 78580    821-5753 cell

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-2-01   9:10 pm.
                Date

Signature of Server: Jose A. Mireles

Address of Server: 240 E. Van Eaton St.
Raymondville, TX 78580-3337

United States District Court
Southern District of Texas
FILED

AUG 15 2001

Michael N. Milby
Clerk of Court

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.