


# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No.: B-01-124 |
| § | (Claim No. C99-20527) |
| JOSE SANCHEZ, JR., § | |
| § | |
| Defendant. § | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Jose Sanchez, Jr., pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on 7/16/01. Defendant was personally served with a copy of the Citation and Summons on 8/1/01 Svd by Deputy Constable Jose A. Mireles, which executed summons was filed with the Court on or about 8/15/01.

2. As of 8/23/01 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent on August 23, 2001 to:

Jose Sanchez, Jr.
380 S. 14th
Raymondville, Texas 78580

_M.H. Cersonsky_
M.H. Cersonsky

c:\My Documents\DOJ\Judgments\Default Judgments\Brownsville.Forms\Jose Sanchez, Jr./Req
Page 2