UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-124 |
| | § | (Claim No. C99-20527) |
| JOSE SANCHEZ, JR., | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW United States of America ("USA"), plaintiff, and moves for entry of the agreed judgment signed by defendant Jose Sanchez, Jr.

WHEREFORE, plaintiff ask the court to sign the agreed judgment filed with this motion.

Respectfully Submitted,

By: _____
M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
Attorney for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent by certified mail, return receipt requested on September 17, 2001, to:

Jose Sanchez, Jr.
380 S. 14 St.
Raymondville, Texas 78580

_____
M. H. Cersonsky

| UNITED STATES OF AMERICA | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
vs. § CIVIL ACTION: B-01-124
§ (Claim: C99-20527)
JOSE SANCHEZ, JR., §
§
    Defendant. §

# Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Jose Sanchez, Jr.:

   A. Principal of $2,795.88;
   B. Prejudgment interest of $370.46 to July 27, 1999, and daily accrual of $0.61 per diem until the date of judgment;
   C. Attorney's fees of $550.00;

   Post-judgment interest at _____% per annum.

   Sanchez will make monthly payments of $50.00, beginning October 15, 2001 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:    Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2001, at Brownsville, Texas.

_____
United States District Judge

Approved and Entry Requested:

By: *[signature]*
M. H. Cersonsky, TBA#0408500, SBA #5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorney for the United States of America**

By: *[signature]*
Jose Sanchez, Jr.
380 S. 14th St.
Raymondville, Texas 78580

Of Counsel:
Alonso, Cersonsky & García, P.C.