United States District Court
Southern District of Texas

OCT 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA,  §
  §
  Plaintiff,  §
  §
vs.  §  CIVIL ACTION: B-01-124
  §  (Claim: C99-20527)
JOSE SANCHEZ, JR.,  §
  §
  Defendant.  §

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Jose Sanchez, Jr.:

   A. Principal of $2,795.88;
   B. Prejudgment interest of $370.46 to July 27, 1999, and daily accrual of $0.61 per diem until the date of judgment;
   C. Attorney's fees of $550.00;

   Post-judgment interest at __2.49__ % per annum.

   Sanchez will make monthly payments of $50.00, beginning October 15, 2001 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:    Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2001, at Brownsville, Texas.

   _____
   United States District Judge

Approved and Entry Requested:

By: _____        By: _____
M. H. Cersonsky, TBA#04085000, SBA #5082        Jose Sanchez, Jr.
5065 Westheimer, Suite 600        380 S. 14th St.
Houston, Texas 77056        Raymondville, Texas 78580
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorney for the United States of America**

Of Counsel:
Alonso, Cersonsky & Garcia, P.C.