| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
Vs. § CIVIL ACTION B-01-124
§ (Claim: C99-20527)
JOSE SANCHEZ, JR., §
§
    Defendant. §

**United States District Court
Southern District of Texas
FILED

AUG 2 9 2006

Michael N. Milby
Clerk of Court**

## ABSTRACT OF JUDGMENT

| Date Judgement Entered | October 2, 2001 |
|---|---|
| Judgment in Favor of: | UNITED STATES OF AMERICA<br>c/o Plaintiff's Attorney (*See Below)<br>Alonso, Cersonsky & García, P.C. |
| Judgment Against: | Jose Sanchez, Jr. |
| Amount of Judgment: | $2,795.88 Principal Balance;<br>$ 370.46 Prejudgment interest to July 27, 1999 |
| Amount of Costs: | $ 550.00 Attorney's Fee |
| Pre-judgment Rate of Interest: | $ 0.61 per diem until the date of judgment |
| Post-judgment Rate of Interest: | 2.49% per annum |
| Amount of Credits Since Judgment: | None. |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court for the Southern District of Texas, in the above captioned case.

Dated: __8/29/06__

MICHAEL N. MILBY, Clerk

By: _____
    Deputy Clerk

* Return to: ALONSO, CERSONSKY & GARCÍA, P.C.
    5065 Westheimer, Suite 600
    Houston, Texas 77056